IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| IN RE: | * CASE NO.: **09-78173-PWB** |
|---|---|
| **Lorraine McNeal,** | * |
| | * CHAPTER: 7 |
| Debtor | * |

## CERTIFICATE OF SERVICE

I certify that I am 18 years old and not a party to the above-styled Chapter 7 proceeding. I further certify that I have this date served the following parties with a copy of the within and foregoing "Debtor's Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to:

Lorraine McNeal
4486 Northwind Dr.
Ellenwood, GA 30294

Homecomings Financial
P.O. Box 9001719
Louisville KY  40290

HSBC
P.O. Box 54249
Carol Stream IL  60197

Dated: 8/20/09

 /s/ Donnette Bloomfield
Donnette Bloomfield

Clark & Washington, P.C.
3300 North East Expressway
Building 3
Atlanta, GA 30341
404-522-2222